

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-16-00337-CR

Ex Parte Jennifer **RODRIGUEZ**,
Appellant

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

# O R D E R

The court reporter's notification of late record is this date NOTED. The reporter's record must be filed no later than June 15, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court